IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 13-644 |
| EDWARD W. HILL | |

### ORDER

**AND NOW**, this 22nd day of October, 2020, upon review of Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Docket No. 43), and the government's response thereto, and after argument being held, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Reduce Sentence is **DENIED**, as he does not qualify for release from incarceration; and

2. Defendant's Emergency Motion to Seal the Government's Response in Opposition (Docket No. 51) is **GRANTED** and the Clerk shall place Docket No. 47 under seal.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.